LAWRENCE BREWSTER, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
MARY K. ALEJANDRO, Deputy Regional Solicitor
California State Bar Number 243568
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone:  (415) 625-7760
Facsimile:  (415) 625-7772
Email:  alejandro.mary@dol.gov

Attorneys for Plaintiff, Hilda L. Solis,
Secretary of Labor, United States
Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | Case No. CV 10-2293 LHK |
| Plaintiff, <br> vs. | (Proposed) ORDER OF ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT EMPIRE BUSINESS SYSTEMS, INC. |
| EMPIRE BUSINESS SYSTEMS, INC., dba Empiretek, a California corporation, and EMPIRE BUSINESS SYSTEMS, INC., 401(k) Plan, an employee benefit plan, | |
| Defendants. | |

Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, brought this action against Defendants Empire Business Systems, Inc. and Empire Business Systems, Inc., 401(k) Plan for violations of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1191c.[1]  Defendants Empire Business Systems, Inc.

---

[1]  The Plan is named as a Defendant pursuant to Rule 19 of the Federal Rules of Civil Procedure solely to ensure that complete relief can be granted by the Court.

("Defendant Empire Business Systems") failed to timely answer the Complaint, and on August 12, 2010, the Clerk of this Court issued an Entry of Default in this matter.  Having fully considered the Secretary's Motion for Default Judgment against Defendant Empire Business Systems, Inc., and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.   The Secretary's Motion for Default Judgment against Defendant Empire Business Systems, Inc. is hereby GRANTED in full and that judgment is entered in favor of the Secretary against Defendant Empire Business Systems.

2.   Defendant Empire Business Systems is hereby removed as a fiduciary to the Empire Business Systems, Inc., 401(k) Plan ("Plan").

3.   Lefoldt & Co., P.A. of 690 Town Center Boulevard, P.O. Box 2848, Ridgeland, Mississippi, 39158-2848 (Phone:  (601) 956-2374) shall be, and hereby is, appointed as the Independent Fiduciary of the Plan, and:

a.   The Independent Fiduciary shall collect, marshal, pay out and administer all of the Plan's assets and take further action with respect to the Plan as appropriate, including terminating the Plan when all of its assets have been distributed to all eligible participants and beneficiaries;

b.   The Independent Fiduciary shall, pursuant to the procedures outlined in the Employee Benefits Security Administration's Field Assistance Bulletin 2004-02, exercise reasonable care and diligence to identify and locate each Plan participant and beneficiary who is eligible to receive a distribution under the terms of the Plan;

c.   The Independent Fiduciary shall have all the rights, duties, discretion, and responsibilities of a trustee, fiduciary, and Plan Administrator under ERISA and is ordered to file a final Internal Revenue Service Form 5500 for the Plan;

d.   The Independent Fiduciary is authorized to delegate or assign fiduciary duties as appropriate and allowed under the law and may  retain such assistance as it may require, including attorneys, accountants, actuaries, and other service providers;

e.   The Independent Fiduciary is authorized to receive $1458.75 in reasonable fees and expenses.  The Secretary will pay the $1458.75 fee out of the Employee Benefits Security Administration's Abandoned Plan Fund, which was established to defray the expenses of the administration and termination of low-asset abandoned plans;

f.   The Independent Fiduciary shall have full access to all data, information, and calculations in the Plan's possession and under its control, including information and records maintained by the Plan's custodial trustee or service provider;

g.   The Independent Fiduciary is authorized to give instructions respecting the disposition of assets of the Plan; and

h.   The Independent Fiduciary shall comply with all applicable rules and laws.

The Court, finding that there is no just reason to delay the entry of this Judgment, expressly directs the entry thereof as a final order, pursuant to Fed. R. Civ. P. 54.


The Clerk shall close the file.


Date: January 21, 2011          By: _Lucy H. Koh_____
                                    LUCY H. KOH
                                    United States District Judge


*Solis v. Empire Business Systems, Inc., et al.*, Case No. CV 10-2293 LHK

(Proposed) Order of Entry of Default Judgment

3